IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES G. HUFFMAN,                     )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        CASE NO. 2:06-cv-1064-WKW
                                      )              (WO)
AUTAUGA COUNTY METRO JAIL, *et al.*,  )
                                      )
        Defendants.                   )

## O R D E R

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and

DECREE of the court that:

(1)     The objection filed by the plaintiff on January 3, 2007 (Doc. # 10) is overruled;

(2)     The recommendation of the United States Magistrate Judge entered on December 11,

        2006 (Doc. # 6) is adopted; and

(3)     Plaintiff's complaint is hereby DISMISSED with prejudice prior to service of process

        in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate judgment shall be entered.

DONE this 16th day of January, 2007.


                        ___/s/   W. Keith Watkins_____
                        UNITED STATES DISTRICT JUDGE