IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES G. HUFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1064-WKW |
| ) | (WO) |
| AUTAUGA COUNTY METRO JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the previous proceedings in this case, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE